UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA COTTER,<br><br>        Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>        Defendants. | Case No. 15-cv-01802-MEJ<br><br>**ORDER RE: MOTION TO DISMISS**<br><br>Re: Docket No. 13 |

On May 6, 2015, Defendant MTC Financial dba Trustee Corps filed a Motion to Dismiss, with a noticed hearing date of June 25, 2015. Dkt. No. 13. However, on April 28, 2015, the Court referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. Dkt. No. 9. The Court also vacated the Case Management Conference and related deadlines, as well as any noticed motion to dismiss hearing dates and briefing deadlines pending resolution of this ADR process. Accordingly, the briefing deadlines and hearing for MTC's motion are VACATED.

**IT IS SO ORDERED.**

Dated: May 7, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge