UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CYNTHIA COTTER,

    Plaintiff,

v.

JP MORGAN CHASE BANK, et al.,

    Defendants.

Case No. 15-cv-01802-MEJ

**ORDER TO SHOW CAUSE**

On April 28, 2015, the Court referred this foreclosure-related action to the ADR Unit for a telephone conference to assess the case's suitability for mediation or a settlement conference. Dkt. No. 9. The parties were instructed to participate in a telephone conference by May 26, 2015, and be prepared to discuss prospects for loan modification and settlement. Although the ADR Unit scheduled a phone conference to take place on May 11, 2015 (Dkt. No. 10), Plaintiff Cynthia Cotter did not dial into the phone conference and has not otherwise contacted the ADR Unit. Further, although the Court directed the parties to consent or decline magistrate judge jurisdiction by May 7 (Dkt. No. 7), Plaintiff has failed to respond. In fact, Plaintiff has made no appearance in this case since it was removed from Alameda County Superior Court on April 21, 2015.

Accordingly, the Court hereby ORDERS Plaintiff Cynthia Cotter to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by May 21, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on June 4, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby provided to Plaintiff Cynthia Cotter that the Court may dismiss this case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that the Court receive a written response by the deadline above.

**IT IS SO ORDERED.**

Dated: May 11, 2015

                                                  MARIA-ELENA JAMES
                                                  United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA COTTER,<br><br>    Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>    Defendants. | Case No.  15-cv-01802-MEJ<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on 5/11/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia  Cotter
3325 San Leandro Street
Oakland, CA 94601


Dated: 5/11/2015


    Richard W. Wieking
    Clerk, United States District Court


By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES