UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA COTTER,<br><br>        Plaintiff,<br><br>    v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>        Defendants. | Case No. 15-cv-01802-MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

After repeated attempts by the Court to allow Plaintiff Cynthia Cotter to move forward with this case, she continues to disregard court deadlines, most recently related to the upcoming September 3, 2015 Case Management Conference. Accordingly, the Court once again ORDERS Plaintiff Cynthia Cotter to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 8, 2015. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 17, 2015 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff Cynthia Cotter that the Court **shall** dismiss this case without a hearing if no responsive declaration is filed.

The September 3, 2015 Case Management Conference is VACATED.

**IT IS SO ORDERED.**

Dated: August 28, 2015

                                                                                                  MARIA-ELENA JAMES<br>
                                                                                                  United States Magistrate Judge

United States District Court
Northern District of California

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA COTTER,<br><br>            Plaintiff,<br><br>      v.<br><br>JP MORGAN CHASE BANK, et al.,<br><br>            Defendants. | Case No.  15-cv-01802-MEJ<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on August 28, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cynthia Cotter
3325 San Leandro Street
Oakland, CA 94601

Dated: August 28, 2015

Richard W. Wieking
Clerk, United States District Court

By:_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES

2